Luis CONTRERAS, Plaintiff–Appellant,

v.

**TESORO CORPORATION,**
Defendant–Appellee.

No. 02–1278.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Luis Contreras, Appellant Pro Se. Dean Taylor Buckius, Christopher Ambrosio, Vandeventer Black, L.L.P., Norfolk, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Luis Contreras appeals the district court's orders dismissing his civil action alleging employment discrimination and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Contreras v. Tesoro Corp.*, No. CA–01–429–2 (E.D. Va. Jan. 9, 2002; filed Feb. 11, 2002 & entered Feb. 12, 2002). We deny Contreras' motion to strike the Appellee's informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*